UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BIG POND PRODUCTS, L.L.C.,

    VS                                                             CASE NO.  4:11cv511-RH/CAS

TEAM MARINE USA, L.L.C. et al.,

**JUDGMENT**

An injunction is entered as follows: Team Marine USA, L.L.C., must not sell or offer for sale any fish-venting tool with an untrue representation that the tool or any component of it is patented or that a patent is pending. This injunction applies to a representation on the tool itself, the packaging, or any attendant material. Team Marine USA, L.L.C. must not falsely advertise or represent, in any way, that a fish-venting tool or any component of it is patented or that a patent is pending. This injunction binds Team Marine USA, L.L.C. and its officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise. The plaintiff Big Pond Products, L.L.C. to recover from the defendant Team Marine USA, L.L.C. the sum of $985,400 as damages and $520 as costs for a total of $985,920.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 August 9, 2012                    s/David L. Thomas
DATE                                      Deputy Clerk: David Thomas