UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BIG POND PRODUCTS, LLC,

    VS                                        CASE NO.  4:11-cv-511-MW/CAS

TEAM MARINE USA, LLC; ANDREW
JEFFREY STRANE; and STRANE AND
ASSOCIATES, LLC,

## JUDGMENT

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a) as to Defendants, Andrew Jeffrey Strane and Strane and Associates, LLC.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

June 16, 2014                        s/Pam Lourcey
DATE                                   Deputy Clerk: Pam Lourcey